IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOYD MILLIKEN, derivatively on behalf of SYMANTEC CORP., <br><br> Plaintiff, <br><br> v. <br><br> GREGORY S. CLARK, NICHOLAS R. NOVIELLO, MARK S. GARFIELD, FRANK E. DANGEARD, KENNETH Y. HAO, DAVID HUMPHREY, GERALDINE B. LAYBOURNE, DAVID L. MAHONEY, ROBERT S. MILLER, ANITA M. SANDS, DANIEL H. SCHULMAN, V. PAUL UNRUH, and SUZANNE M. VAUTRINOT, <br><br> Defendants, <br> and <br><br> SYMANTEC CORPORATION, <br><br> Nominal Defendant. | Civ. No. 1:18-cv-01848-WCB |

**STIPULATION AND ORDER OF DISMISSAL OF DERIVATIVE ACTION
WITH PREJUDICE AS TO NAMED PLAINTIFF**

This Stipulation of Dismissal of Derivative Action with Prejudice as to Named Plaintiff ("Stipulation") is entered into between and among the following parties, by and through their respective counsel: (i) Boyd Milliken ("Plaintiff"); (ii) individual defendants Daniel H. Schulman, V. Paul Unruh, Frank E. Dangeard, Kenneth Y. Hao, Anita M. Sands, David W. Humphrey, David L. Mahoney, Suzanne M. Vautrinot, Robert S. Miller, Geraldine B. Laybourne, Gregory S. Clark, Nicholas R. Noviello, and Mark Garfield (the "Individual Defendants"); (iii) and nominal defendant Gen Digital Inc. f/k/a Symantec Corporation (the "Company," collectively with the Individual Defendants, "Defendants," and together with the Plaintiff, the "Parties"):

1

WHEREAS, on January 4, 2023, the parties in a related stockholder derivative action pending in the Delaware Court of Chancery, entitled *In re Symantec Corp. S'holder Derivative Litigation*, C.A. No. 2019-0224-JTL (Del. Ch.) (the "Chancery Action"), entered into a Stipulation and Agreement of Settlement, Compromise and Release (the "Settlement");

WHEREAS, notice of the Settlement was provided to all current Company stockholders;

WHEREAS, on April 14, 2023, the Delaware Court of Chancery held a hearing to consider whether to approve the Settlement and hear objections from Company stockholders;

WHEREAS, on May 4, 2023, the Delaware Court of Chancery found that the Settlement should be approved in all respects, including as to notice of the Settlement to all stockholders, and by order dated May 4, 2023, the Chancery Action was dismissed in its entirety and with prejudice (the "Dismissal"). A copy of that order is attached hereto as Exhibit A;

WHEREAS, by order dated May 10, 2023, this Court requested that the parties provide a written joint status report on the effect of the Dismissal on this action and the parties respectfully submit this Stipulation in response to the Court's request; and

WHEREAS, the Settlement and Dismissal release Plaintiff's claims in this action;

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED by the parties subject to the Court's approval that:

1. The above-captioned action is hereby DISMISSED WITH PREJUDICE AS TO PLAINTIFF ONLY, pursuant to Federal Rules of Civil Procedure 23.1(c) and 41(1)(A)(ii).

2. Separate notice to Company stockholders of this Dismissal is not required because current Company stockholders received notice of the Settlement and had the opportunity to object to the Settlement at the April 14, 2023 hearing.

      3.      Each party shall bear his, her, or its own costs, expenses, and attorneys' fees.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Walter F. Brown<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>535 Mission Street, 24th Floor<br>San Francisco, CA 94105<br>Tel.: (628) 432-5100<br>wbrown@paulweiss.com<br><br>  - and –<br><br>Gregory F. Laufer<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel.: (212) 373-3000<br>glaufer@paulweiss.com | PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br><br>By:   */s/ Matthew D. Stachel*<br>     Matthew D. Stachel (#5419)<br>     500 Delaware Avenue, Suite 200<br>     Post Office Box 32<br>     Wilmington, DE 19899-0032<br>     Tel.: (302) 655-4410<br>     mstachel@paulweiss.com<br><br>*Attorneys for Defendants Frank E. Dangeard, Kenneth Y. Hao, David Humphrey, Geraldine B. Laybourne, David L. Mahoney, Robert S. Miller, Anita M. Sands, Daniel H. Schulman, V. Paul Unruh, and Suzanne M. Vautrinot* |
| OF COUNSEL:<br><br>Michael L. Kichline<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>Tel.: (215) 963-5000<br>michael.kichline@morganlewis.com<br><br>  - and –<br><br>Susan D. Resley<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower San Francisco, CA 94105<br>Tel.: (415) 442-1351<br>susan.resley@morganlewis.com | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:   */s/ Jody C. Barillare*<br>     Jody C. Barillare (#5107)<br>     1201 N. Market Street, Suite 2201<br>     Wilmington, DE 19801<br>     Tel.: (302) 574-7294<br>     jody.barillare@morganlewis.com<br><br>*Attorney for Defendants Gregory S. Clark and Nicholas R. Noviello* |

| | |
|---|---|
| OF COUNSEL:<br><br>Caz Hashemi<br>WILSON SONSINI GOODRICH &<br>   ROSATI, P.C.<br>650 Page Mill Road Palo Alto, CA 94304<br>Tel.: (650) 493-9300<br>chashemi@wsgr.com | WILSON SONSINI GOODRICH & ROSATI<br>PROFESSIONAL CORPORATION<br><br>By:   */s/ Brad D. Sorrels*<br>    Brad D. Sorrels (#5233)<br>    Andrew D. Berni (#6137)<br>    222 Delaware Avenue, Suite 800<br>    Wilmington, DE 19801<br>    Tel.: (302) 304-7609<br>    bsorrels@wsgr.com<br>    aberni@wsgr.com<br><br>*Attorneys for Gen Digital Inc. (formerly Symantec Corporation)* |
| OF COUNSEL:<br><br>Miles Ehrlich<br>EHRLICH & CRAIG, LLP<br>803 Hearst Avenue<br>Berkeley, CA 94710<br>Tel.: (510) 548-3600<br>miles@ehrlich-craig.com | LANDIS RATH & COBB LLP<br><br>By:   */s/ Rebecca L. Butcher*<br>    Rebecca L. Butcher (#3816)<br>    919 Market Street, Suite 1800<br>    Wilmington, DE 19899<br>    Tel.: (302) 467-4400<br>    butcher@lrclaw.com<br><br>*Attorney for Mark S. Garfield* |
| OF COUNSEL:<br><br>Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor New York, NY 10016<br>Tel.: (212) 686-1060<br>pkim@rosenlegal.com<br><br>  - and -<br><br>Timothy W. Brown<br>THE BROWN LAW FIRM, P.C.<br>767 Third Avenue, Suite 2501 New York, NY 10017<br>Tel.: (516) 922-5427<br>tbrown@thebrownlawfirm.net | FARNAN LLP<br><br>By: */s/ Michael J. Farnan*<br>    Brian E. Farnan (#4089)<br>    Michael J. Farnan (#5165)<br>    919 N. Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel.: (302) 777-0300<br>    bfarnan@farnanlaw.com<br>    mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* |

Dated: May 12, 2023

    SO ORDERED this 12th day of May, 2023.

                                                  WILLIAM C. BRYSON
                                                  UNITED STATES CIRCUIT JUDGE